**FILED**
**NOVEMBER 27, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6674**

In the Matter of                                        Case Number:
**SunDance Rehabilitation Corporation,**

v.

**Provena Health, Provena Health Services, Inc.,         JUDGE LINDBERG
and Provena Senior Services.                             MAGISTRATE JUDGE COLE**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**SunDance Rehabilitation Corporation**

| | |
|---|---|
| NAME (Type or print) | Peter R. Bulmer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/Peter R. Bulmer/ |
| FIRM | JACKSON LEWIS LLP |
| STREET ADDRESS | 320 W. OHIO, SUITE 500 |
| CITY/STATE/ZIP | CHICAGO, IL 60610 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| Ill. A.R.D.C. No. 6192960 | 312-787-4949 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |