UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **07 C 6674**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
( X ) Other: **Civil Cover Sheet; Attorney Appearance**

1. (   ) By leaving a copy with the named party, ------- personally on -------.

2. (   ) On the within named party, --------, by leaving a copy with --------, --------, who states that they are a member of the household on --------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on --------.

3. ( X ) On the within party, **Provena Health Services, Inc.** by leaving a copy with **Jessica Jackson, Executive Assistant and Authorized Person**, on **December 13, 2007**, and informed that person of the contents thereof.

4. ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**        RACE: **Caucasian**        APPROXIMATE AGE: **30's**

5. ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **200 East Court Street, Kankakee, IL 60901**
TIME OF DAY: **3:53 PM**

6. (   ) That he was unable to serve the within named party ------- located at -------- for the reason: -------

Signed and Sworn to before me
This **14**th day of **December 2007**.

Lewis Ellis
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SunDance Rehabilitation Corporation,

              Plaintiff,              CASE NUMBER:

              V.                ASSIGNED JUDGE:

Provena Health, Provena Health Services, Inc.,
and Provena Senior Services,           DESIGNATED
              Defendants.      MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Provena Health Services, Inc.
Attention: President
200 East Court Street
Kankakee, IL 60901

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter R. Bulmer
Jackson Lewis LLP
320 West Ohio Street
Suite 500
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

> NOTE: When the print dialogue
> box appears, be sure to uncheck
> the Annotations option.

MICHAEL W. DOBBINS, CLERK

---

(By) DEPUTY CLERK                                                  DATE