# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## CASE NO. 07 C 6674
## AMENDED AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.

That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
( X ) Other: **Civil Cover Sheet; Attorney Appearance**

1.  (   ) By leaving a copy with the named party, ------- personally on -------.

2.  (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.  ( X ) On the within party, **Provena Health Services, Inc.** by leaving a copy with **Jessica Jackson, Executive Assistant and Authorized Person**, on **December 13, 2007**, and informed that person of the contents thereof.

4.  ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**        RACE: **Caucasian**        APPROXIMATE AGE: **30's**

5.  ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **555 E. Court Street, Kankakee, IL 60901**
TIME OF DAY: **3:53 PM**

6.  (   ) That he was unable to serve the within named party ------- located at -------- for the reason: -------

Signed and Sworn to before me
This **19**th day of **December 2007**.

Lewis Ellis
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. **07 C 6674**
AMENDED AFFIDAVIT OF SPECIAL PROCESS SERVER

**Lewis Ellis**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

    ( ) Summons & Complaint
    ( ) Citation to Discover Assets
    ( ) Rule to Show Cause
    ( ) Subpoena
    ( ) Other:

1.  ( ) By leaving a copy with the named party, ------- personally on -------.

2.  ( ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.  ( ) On the within party, ------- by leaving a copy with -------, on -------, and informed that person of the contents thereof.

4.  ( ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: -------   RACE: -------   APPROXIMATE AGE: -------

5.  ( ) That the place where and the time of day when the documents were served were as follows:

PLACE: -------
TIME OF DAY: -------

6.  ( X ) That he was unable to serve the within named party **Provena Health Services, Inc.** located at **200 East Court Street, Kankakee, IL 60901** for the reason: **Attempted service on 12/13/07 @ 3:18pm and per Heritage Management, Provena Health Services left in July 2007 and their suite (#400) is now vacant. Therefore, I was unable to locate the subject and effect service.**

Signed and Sworn to before me
This **19**th day of **December 2007**.

OFFICIAL SEAL
FELICIA CONROY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11

Lewis Ellis
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885