U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                             Case Number: 07 C 6674

SunDance Rehabilitation Corp., Plaintiff,
v.
Provena Health, Provena Health Services, Inc., and
Provena Senior Services, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Provena Health, Provena Health Services, Inc. and Provena Senior Services

| NAME (Type or print) |
| --- |
| RYAN A. HAAS |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Ryan A. Haas |

| FIRM |
| --- |
| CHUHAK & TECSON, P.C. |

| STREET ADDRESS |
| --- |
| 30 S. WACKER DR., SUITE 2600 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6283020 | 312-444-9300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |