U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 07 C 6674

SunDance Rehabilitation Corp., Plaintiff,
v.
Provena Health, Provena Health Services, Inc. and Provena Senior Services, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Provena Health, Provena Health Services, Inc. and Provena Senior Services

| | |
|---|---|
| NAME (Type or print) <br> DAVID J. TECSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David J. Tecson | |
| FIRM <br> CHUHAK & TECSON, P.C. | |
| STREET ADDRESS <br> 30 S. WACKER DR., SUITE 2600 | |
| CITY/STATE/ZIP <br> CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6198108 | TELEPHONE NUMBER <br> 312-444-9300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |