**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUNDANCE REHABILITATION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 07 C 6674 |
| v. | ) ) | Judge George W. Lindberg |
| PROVENA HEALTH, PROVENA HEALTH SERVICES, INC. and PROVENA SENIOR SERVICES, | ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, Provena Health, Provena Health Services, Inc. and Provena Senior Services (collectively "Provena"), by their undersigned counsel of record, and in support of their Motion for Enlargement of Time to Answer or Otherwise Plead, state as follows:

1.      On November 27, 2007, Plaintiff, SunDance Rehabilitation Corporation ("SunDance") filed a Complaint against Provena asserting claims for breach of contract and tortious interference with business relations.   SunDance served the Complaint on Provena on December 13, 2007.  Under Rule 12(a) of the Federal Rules of Civil Procedure, Provena's response to the Complaint is presently due on January 3, 2008.

2.      Due to the intervening holidays, Provena requires additional time to investigate the allegations in the Complaint and to determine an appropriate response to the Complaint. Accordingly, Provena respectfully requests that it be granted an extension of fourteen (14) days to and including January 17, 2008, to file an Answer or otherwise plead in response to the Complaint.

3.      Counsel for Provena has conferred with counsel for SunDance and has been

736076\2\14601\34330

advised that SunDance does not oppose this Motion.

WHEREFORE, Defendants, Provena Health, Provena Health Services, Inc. and Provena Senior Services, respectfully requests that this Honorable Court enter an Order enlarging the amount of time for Defendants to respond to the Complaint and granting Defendants an extension of fourteen (14) days to and including January 17, 2008 to Answer or otherwise plead to the Complaint.  Defendants further request such other relief that may be deemed just and equitable.

Respectfully Submitted,

**PROVENA HEALTH, PROVENA
HEALTH SERVICES, INC. and
PROVENA SENIOR SERVICES**

Dated:    **December 26, 2007**              By:_____**/s Ryan A. Haas**_____

David J. Tecson (6198108)
Ryan A. Haas (6283020)
CHUHAK & TECSON, P.C.
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 444-9300

- 2 -

736076\2\14601\34330