IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUNDANCE REHABILITATION CORPORATION, ) ) ) | |
| Plaintiff, ) ) | No. 07 C 6674 |
| v. ) ) | Judge George W. Lindberg |
| PROVENA HEALTH, PROVENA HEALTH SERVICES, INC. and PROVENA SENIOR SERVICES, ) ) ) ) ) | Magistrate Judge Cole |
| Defendants. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **January 9, 2008 at 9:00am**, or as soon as counsel may be heard, we shall appear before the Honorable Judge Lindberg, or any Judge sitting in his stead, in Room 1425 in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendants', Provena Health, Provena Health Services, Inc. and Provena Senior Services, **Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead.**

Respectfully Submitted,

**PROVENA HEALTH, PROVENA HEALTH SERVICES, INC. and PROVENA SENIOR SERVICES**

/s/Ryan A. Haas
One of Their Attorneys

David J. Tecson (6198108)
Ryan A. Haas (6283020)
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to ECF as to Filing Users, on this the 26th day of December, 2007.

/s/Ryan A. Haas

736102\1\14601\34330