## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6674 | **DATE** | 12/27/2007 |
| **CASE TITLE** | Sundance Rehabilitation Corp. v. Provena Health, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' unopposed motion for enlargement of time to answer or otherwise plead [13] is granted. Defendants are given until 1/17/08 to answer or otherwise respond to the complaint.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|