IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUNDANCE REHABILITATION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6674 |
| v. | ) ) | Honorable Judge |
| PROVENA HEALTH, PROVENA HEALTH SERVICES, INC. and PROVENA SENIOR SERVICES, | ) ) ) ) | George W. Lindberg Magistrate Judge Cole |
| Defendants. | ) | |
| PROVENA SENIOR SERVICES, | ) ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| SUNDANCE REHABILITATION CORPORATION, | ) ) ) ) | |
| Counter-Defendant. | ) ) | |

## NOTICE OF FILING

Peter R. Bulmer
Jackson Lewis LLP
320 W. Ohio, Suite 500
Chicago, Illinois  60610

　　　PLEASE TAKE NOTICE that on **January 16, 2008**, we filed with the Clerk of the United States District Court for the Northern District of Illinois, **Defendants' Answer to Complaint and Counterclaim**.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　**PROVENA HEALTH,**
　　　　　　　　　　　　　　　　　　　**PROVENA SENIOR SERVICES**


　　　　　　　　　　　　　　　　　　　By:   **David J. Tecson**
　　　　　　　　　　　　　　　　　　　　　　One of the Attorneys for Defendants

David J. Tecson (6198108)
Ryan A. Haas (6283020)
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

739741.1.14601.34330

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to ECF as to Filing Users and via regular U.S. mail, on this the 16th day of January, 2008.

                                                               **David J. Tecson**

739741.1.14601.34330