**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Sundance Rehabilitation Corporation
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06674
                                              Honorable Jeffrey Cole

Provena Health, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

    MINUTE entry before Judge Jeffrey Cole :Status hearing held and continued to 5/5/08 at 8:30 a.m. The previously entered schedule is at the request of the parties cancelled. Fact discovery will now close on 8/29/08; additional status hearing is set for 6/30/08 at 8:30 a.m. to discuss expert discovery, if any. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.