U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**SunDance Rehabilitation Corporation,**<br>   v.<br>**Provena Health, Provena Health Services, Inc., and Provena Senior Services.** | Case Number:<br>**07 C 6674** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**SunDance Rehabilitation Corporation**

| | |
|---|---|
| NAME (Type or print)   **Carmen B. Copher** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         **s/Carmen B. Copher** | |
| FIRM<br>   **JACKSON LEWIS LLP** | |
| STREET ADDRESS<br>   **320 W. OHIO, SUITE 500** | |
| CITY/STATE/ZIP<br>   **CHICAGO, IL  60610** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**350370** | TELEPHONE NUMBER<br>**312-787-4949** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |