U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
**SunDance Rehabilitation Corporation,**

v.

**Provena Health, Provena Health Services, Inc., and Provena Senior Services.**

Case Number:
**07 C 6674**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**SunDance Rehabilitation Corporation**

| | |
|---|---|
| NAME (Type or print)   **Gerard A. McInnis** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   **s/Gerard A. McInnis** | |
| FIRM   **JACKSON LEWIS LLP** | |
| STREET ADDRESS   **320 W. OHIO, SUITE 500** | |
| CITY/STATE/ZIP   **CHICAGO, IL  60610** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   **6205095** | TELEPHONE NUMBER   **312-787-4949** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |