IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUNDANCE REHABILITATION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6674 |
| vs. | ) ) | Magistrate Judge Cole |
| PROVENA HEALTH, PROVENA HEALTH SERVICES, INC., and PROVENA SENIOR SERVICES, | ) ) ) ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF**
**AGREED PROTECTIVE ORDER AND HIPAA AUTHORIZATION**

Plaintiff-Counterdefendant SunDance Rehabilitation Corporation ("SunDance"), by its attorneys, and pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby moves for entry of a protective order governing disclosure of certain documents produced in this litigation. In support of this motion, SunDance states as follows:

1. The parties have served requests for production of documents pursuant to Rule 34 of the Federal Rules of Civil Procedure.

2. In addition, SunDance has served a subpoena duces tecum on a third party, Select Rehabilitation Corporation, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

3. Counsel for the parties and for Select Rehabilitation Corporation have conferred regarding reasonable and necessary steps to protect certain confidential and/or trade secret information from disclosure or use outside of the contours of this litigation, and they have agreed to the Agreed Protective Order And HIPAA Authorization that is attached hereto as Exhibit A.

4. It is the desire of counsel for the parties and of counsel for Select Rehabilitation Corporation that this Court enter the attached order.

5. Pursuant to Magistrate Judge Cole's Case Management Procedures, and in addition to the filing of this motion, SunDance will submit the attached order in WordPerfect format electronically to Proposed_Order_Cole@ilnd.uscourts.gov.

WHEREFORE, SunDance respectfully requests that this Court enter the attached Agreed Protective Order And HIPAA Authorization.

DATED: April 9, 2008                                  Respectfully submitted,

                                            SUNDANCE REHABILITATION CORPORATION


                                            By:   /Peter R. Bulmer/
                                                  One of Its Attorneys

Peter R. Bulmer
Gerard A. McInnis
Carmen B. Copher
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949 (Telephone)
(312) 787-4995 (Facsimile)
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 9th day of April, 2008, the foregoing Motion For Entry Of Agreed Protective Order And HIPAA Authorization was electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the following counsel of record and CM/ECF participants:

> David J. Tecson
> Ryan A. Haas
> Chuhak & Tecson, P.C.
> 30 South Wacker Drive, Suite 2600
> Chicago, IL  60606

Additionally, the undersigned caused a true and correct copy of the foregoing motion to be served via messenger delivery this 9th day of April, 2008 upon the following counsel for Select Rehabilitation Corporation:

> Bennett L. Epstein
> Foley & Lardner LLP
> 321 North Clark Street, Suite 2800
> Chicago, IL  60610

> /s/ Peter R. Bulmer
>       Peter R. Bulmer