IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUNDANCE REHABILITATION CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6674 |
| vs. | ) ) | Magistrate Judge Cole |
| PROVENA HEALTH, PROVENA HEALTH SERVICES, INC., and PROVENA SENIOR SERVICES, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION FOR ENTRY OF
## AGREED PROTECTIVE ORDER AND HIPAA AUTHORIZATION

TO:    David J. Tecson                     Bennett L. Epstein
         Ryan A. Haas                       Foley & Lardner LLP
         Chuhak & Tecson, P.C.         321 North Clark Street, Suite 2800
         30 South Wacker Drive, Suite 2600    Chicago, IL 60610
         Chicago, IL 60606

PLEASE TAKE NOTICE that at 8:30 a.m. on Monday, April 21, 2008, we will appear before Magistrate Judge Cole, or any judge sitting in his stead, in Courtroom 1838 and present Plaintiff's Motion For Entry Of Agreed Protective Order And HIPAA Authorization, a copy of which is hereby served upon you.

DATED: April 9, 2008                           Respectfully submitted,

                                                       SUNDANCE REHABILITATION
                                                       CORPORATION


                                                       By:    /Peter R. Bulmer/
                                                             One of Its Attorneys

Peter R. Bulmer
Gerard A. McInnis
Carmen B. Copher
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610
(312) 787-4949 (Telephone)
(312) 787-4995 (Facsimile)
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on this 9th day of April, 2008, the foregoing Notice Of Motion For Entry Of Agreed Protective Order And HIPAA Authorization was electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to the following counsel of record and CM/ECF participants:

> David J. Tecson
> Ryan A. Haas
> Chuhak & Tecson, P.C.
> 30 South Wacker Drive, Suite 2600
> Chicago, IL  60606

Additionally, the undersigned caused a true and correct copy of the foregoing notice to be served via messenger delivery this 9th day of April, 2008 upon the following counsel for Select Rehabilitation Corporation:

> Bennett L. Epstein
> Foley & Lardner LLP
> 321 North Clark Street, Suite 2800
> Chicago, IL  60610

/s/ Peter R. Bulmer
Peter R. Bulmer