# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6674 | **DATE** | 4/11/2008 |
| **CASE TITLE** | Sundance Rehabilitation Corporation vs. Provena Health, et al. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Protective Order and HIPAA Authorization.

■ [ For further detail see separate order(s).]　　　　　　　　　　　　　　　　Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|