IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUNDANCE REHABILITATION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PROVENA HEALTH, PROVENA HEALTH SERVICES, INC. and PROVENA SENIOR SERVICES, <br><br> Defendants. | No. 07 C 6674 <br><br> Judge George W. Lindberg <br><br> Magistrate Judge Cole |

**DEFENDANTS' UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME FOR DISCOVERY**

Defendants, Provena Health and Provena Senior Services (collectively "Provena"), by their undersigned counsel of record, and in support of their Motion for Enlargement of Time to complete fact discovery, state as follows:

1. On February 26, 2008, this case was assigned to Magistrate Judge Cole for all proceedings pursuant to the parties Joint Consent.

2. On February 29, 2008, the Court entered an Order setting the deadline to complete all fact discovery by August 29, 2008. (Order dated 02/29/08, Docket No. 26)

3. To date, the parties have engaged in extensive written discovery exchanging over 4,600 pages of documents and engaging in several Rule 26 discovery conferences related to electronically stored information ("ESI"), among other issues.  However, the parties are still engaged in the laborious process of reviewing and preparing the production relevant ESI and additional documents requested by the parties as a result of their discovery conferences. Due to the large volume of ESI and documents that the parties are in the process of reviewing and producing, the parties require additional time to complete fact discovery in this case.  In addition,

775722\2\14601\34330

the parties anticipate that additional time will be required to complete the depositions in this case.

4. As a result, Provena requests that the deadline to complete all fact discovery be extended to December 5, 2008 and that all other deadlines be extended in this case as well. No deadlines have been set to complete expert discovery, file dispositive motions and no trial date has been set in this case.

5. Counsel for Provena has conferred with counsel for SunDance and has been advised that SunDance does not object to this Motion.

WHEREFORE, Defendants, Provena Health and Provena Senior Services, respectfully request that this Honorable Court enter an Order enlarging the amount of time for the completion of fact discovery setting a new fact discovery deadline of December 5, 2008 and extending any and all other deadlines in the case. Defendants further request such other relief that may be deemed just and equitable.

Respectfully Submitted,

**PROVENA HEALTH and
PROVENA SENIOR SERVICES**

Dated: __**June 23, 2007**__         By:__**/s Ryan A. Haas**__

David J. Tecson (6198108)
Ryan A. Haas (6283020)
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

- 2 -

775722\2\14601\34330