**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUNDANCE REHABILITATION CORPORATION,        )<br>)<br>)<br>Plaintiff,        )<br>)<br>v.        )<br>)<br>PROVENA HEALTH, PROVENA HEALTH )<br>SERVICES, INC. and PROVENA SENIOR )<br>SERVICES,        )<br>)<br>Defendants.        ) | No. 07 C 6674<br><br>Judge George W. Lindberg<br><br>Magistrate Judge Cole |

**NOTICE OF MOTION**

    Peter R. Bulmer, Esq.
    Gerard A. McInnis
    Carmen B. Copher
    Jackson Lewis LLP
    320 West Ontario St., Suite 500
    Chicago, IL 60610

    PLEASE TAKE NOTICE that on Monday**, June 30, 2008 at 8:30am**, or as soon as counsel may be heard, we shall appear before the Honorable Magistrate Judge Cole, or any Judge sitting in his stead, in Room 1838 in the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendants', Provena Health and Provena Senior Services', **Unopposed Motion for Enlargement of Time for Discovery.**

                                                                Respectfully Submitted,

                                                               **PROVENA HEALTH and
                                                               PROVENA SENIOR SERVICES**

                                                               **/s/Ryan A. Haas**
                                                               One of Their Attorneys

David J. Tecson (6198108)
Ryan A. Haas (6283020)
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

776264\2\14601\34330

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to ECF as to Filing Users and via regular U.S. mail by depositing same, postage prepaid, in the U.S. mailbox located at 30 S. Wacker Drive, Chicago, on this the 23rd day of June, 2008.

                                                                                                                                          **/s/Ryan A. Haas**