# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6674 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Sundance Rehabilitation Corp. vs. Provena Health, Provena Health Service, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' unopposed motion for enlargement of time for discovery [36] is granted. Fact discovery shall be extended to December 5, 2008. No appearance is necessary on June 30, 2008. Status hearing of June 30, 2008 is reset to July 30, 2008 at 8:30 a.m.

| | Courtroom Deputy Initials: | |
|---|---|---|