# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6674 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Sundance Rehabilitation Corporation vs. Provena Health | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/30/08 at 8:30 a.m.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|